[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 05-14953

_____

D. C. Docket No. 03-00290 CV-BE-S

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
October 11, 2006
THOMAS K. KAHN
CLERK

ROBERT D. GREER,

Plaintiff-Appellant,

versus

BIRMINGHAM BOARD OF EDUCATION,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Northern District of Alabama

_____

**(October 11, 2006)**

Before ANDERSON and DUBINA, Circuit Judges, and VINSON,* District Judge.

PER CURIAM:

_____

*Honorable C. Roger Vinson, United States District Judge for the Northern District of Florida,
sitting by designation.

After oral argument and careful consideration, we conclude that the judgment of the district court should be affirmed for the reasons fully discussed at oral argument.

AFFIRMED.